IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TASHYRA POWELL**                                                                                 **PLAINTIFF**

**v.**                          **CASE NO. 4:22-CV-1058 JM**

**STATE OF ARKANSAS;**
**ARKANSAS DEPARTMENT OF**
**CHILDREN AND FAMILY SERVICES**                                  **DEFENDANTS**

## ORDER

Tashyra Powell's motion for leave to proceed *in forma pauperis* is granted. (Doc. 1); *see Martin-Trigona v. Stewart*, 691 F.2d 856, 857 (8th Cir. 1982) (*per curiam*) (complaint can be filed if plaintiff qualifies by economic status under 28 U.S.C. § 1915(a)). She reports no income and little savings.

The law requires that I screen her complaint. 28 U.S.C. § 1915(e)(2). Ms. Powell argues that her parental rights were illegally terminated and seeks the return of her son. (Doc. 2). Ms. Powell cannot get relief in federal court for a number of reasons. First, Ms. Powell may not seek redress in federal court for issues related to custody. *Kahn v. Kahn*, 21 F.3d 859, 861 (8th Cir. 1994). Also, a public records search reveals that the Arkansas Court of Appeals affirmed the termination of Ms. Powell's parental rights in September 2020. *Powell v. Arkansas Dept. of Human Serv.*, 2020 Ark. App. 438. As a result, the *Rooker-Feldman* doctrine bars "cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments." *Exxon Mobil Corp. v. Saudi Basic Industries Corp.*, 544 U.S. 280, 284 (2005); *see also Skinner v. Switzer*, 562 U.S. 521, 531-32 (2011). Finally, Ms. Powell has failed to state a

claim upon which relief can be granted as she has not identified any federal law that has been violated.

Ms. Powell's complaint is therefore dismissed without prejudice, and an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 7th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE