**IN THE UNITED STATES DISTRICT COURT**
**THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TASHYRA POWELL**                                                                   **PLAINTIFF**

 **v.**                                         **CASE NO. 4:22-CV-1058 JM**

**STATE OF ARKANSAS;**
**ARKANSAS DEPARTMENT OF**
**CHILDREN AND FAMILY SERVICES**                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and

adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 7th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE